UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
JACKIE ROBINSON, et al.,                                    :
                                                            :
                    Plaintiffs,                             :
                                                            :      05 Civ. 9545 (GEL)
         -against-                                          :
                                                            :      **ORDER**
THE CITY OF NEW YORK, et al.,                               :
                                                            :
                    Defendants.                             :
                                                            :
------------------------------------------------------------x

**GERARD E. LYNCH**, District Judge:

      The City of New York having informed the Court that it anticipates that the trial will last longer than two weeks, it is hereby ORDERED:

    1.    Any amendments to the joint pre-trial order are due on May 22, 2009.

    2.    Requests for jury instructions, requests for jury selection questions, and motions in regard to the admissibility of evidence for trial, if any, are due on May 22, 2009.

    3.    There will be a pre-trial conference at 11:00 a.m. on May 29, 2009.

    4.    Trial shall begin at 9:30 a.m. on June 1, 2009.

SO ORDERED.

Dated: New York, New York
       May 1, 2009

                                                                     _____
                                                                        GERARD E. LYNCH
                                                                    United States District Judge