UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JACKIE ROBINSON, et al.,

        Plaintiffs,

   -against-

THE CITY OF NEW YORK, et al.,

        Defendants.

------------------------------------------------------------x

05 Civ. 9545 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

The plaintiffs having requested by letter on July 2, 2009, a two-week extension of time in which to file their motion for attorneys' fees, which defendants opposed, ORDERED that:

1. Plaintiffs shall file their motion for attorneys' fees by July 16, 2009.

2. Defendants shall file their response by August 6, 2009.

3. Plaintiffs shall file their reply, if any, by August 13, 2009.

SO ORDERED.

Dated: New York, New York
      July 2, 2009

_____
GERARD E. LYNCH
United States District Judge